**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and MICHAEL MILES, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL GROWTH PROPERTIES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 07 CV 1072<br><br>Judge Darrah<br><br>Magistrate Judge Brown |

**STIPULATION OF DISMISSAL**

COME NOW the respective parties and, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the instant action without prejudice.

**Signatures:**

| Attorneys for Plaintiffs:<br>_/s/_ John P. Fuller, Esq.<br>John P. Fuller, Esq. *pro hac vice*<br>**Lead Attorney for Plaintiffs**<br>Thomas B. Bacon, *pro hac vice*<br>Fuller, Fuller & Associates, P.A.<br>12000 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>jpf@fullerfuller.com; tbb@fullerfuller.com<br>Tel: (305) 891-5199 / Fax: (305) 893-9505<br>and<br>Jerome G. Silbert #0013600<br>Law Offices of Jerome G. Silbert<br>10 S. Riverside Plaza, Suite 1020<br>Chicago, IL 60606<br>Jer7979@aol.com<br>Tel: (312) 207-0181 / Fax: (312) 207-1332 | Attorneys for Defendant:<br>/s/ Kelly A. Powis<br>Jeffrey K. Ross<br>Condon A. McGlothlen<br>Kelly A. Powis<br>Seyfarth Shaw, LLP<br>131 S. Dearborn Street, Suite 2400<br>Chicago, IL 60603<br>Tel. 312-460-5896<br>kpowis@seyfarth.com<br>jross@seyfarth.com<br>cmcglothlen@seyfarth.com |