**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DISABLED PATRIOTS OF AMERICA, INC., a Florida Not-For-Profit Corporation, and MICHAEL MILES, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL GROWTH PROPERTIES, INC., a Delaware corporation, <br><br> Defendant. | Case No. 07 CV 1072 <br><br> Judge Darrah <br><br> Magistrate Judge Brown |

## NOTICE OF FILING

PLEASE TAKE NOTICE, that on Monday, May 21, 2007, Defendant, GENERAL GROWTH PROPERTIES, INC., filed a STIPULATION OF DISMISSAL with the Court using the CM/ECF system. A copy of the STIPULATION OF DISMISSAL is served herewith on Plaintiffs.

**DATED: May 21, 2007**               Respectfully submitted,
                                      GENERAL GROWTH PROPERTIES, INC.


                                      By: /s/ Kelly A. Powis
                                            One of Its Attorneys

Jeffrey K. Ross
Condon A. McGlothlen
Kelly A. Powis
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that, on this 21st day of May, 2007, she electronically filed the foregoing NOTICE OF FILING and STIPULATION OF DISMISSAL using the CM/ECF system which will send notification of such filing to the following:

> John P. Fuller
> Thomas B. Bacon
> Fuller, Fuller & Associates, P.A.
> 12000 Biscayne Blvd., Suite 609
> North Miami, FL 33181

And have caused a true and correct copy of the foregoing, to be served upon the following, by depositing a copy of same in the U.S. Mail, postage prepaid, on this 21st day of May, 2007:

> Jerome G. Silbert
> 10 S. Riverside Place, Suite 1020
> Chicago, IL 60606

/s/ Kelly A. Powis_____